*Franklin,*
*January,*
*1816.*

CHAUNCEY SMITH and JOHN DELAWAY, appellees, *vs.* ASAHEL LANGWORTHY, appellant.

A judgment by *nihil dicit* is a judgment from which an appeal lies, under the third section of the Judiciary Act.

THIS case was submitted the same day, and is nearly allied to, the foregoing case of *Page* vs. *Hurd* and *Whitney, trustees of Thayer.* The judgment of the county court was rendered by *nihil dicit* against Langworthy, the defendant, and after a hearing, in damages, they were assessed, and the defendant appealed to this Court. The plaintiffs now moved to dismiss the appeal, so as to retain the judgment they recovered in the court below.

HUTCHINSON, J. after stating the above facts, said,

The Court consider this case to be within the third section of the judiciary act, allowing appeals, and not to be a case mentioned in the provisos to that section, taking away the right of appeal.

The appeal is, therefore, sustained, and the defendant is allowed another hearing, on the assessment of damages.

*Benj. Swift* and *John Smith,* attornies for the plaintiffs.